

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESSICA SONYA GUERRA, | § | No. 08-22-00183-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20210D02664) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF AUGUST, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.